UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

AHMAD SAMIR #A221-344-759

CIVIL ACTION NO. 25-cv-1397
SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

ANGEL WOLF ET AL

MAGISTRATE JUDGE PEREZ-MONTES

**J U D G M E N T**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 14], noting no written and filed objections thereto, and after independently reviewing the record and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus [Doc. Nos. 1, 4] is **GRANTED**. Petitioner is to be **RELEASED** from detention **as soon as reasonably possible. Respondents must notify the Court of compliance within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 24th day of March, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE